# Exhibit B

U//FOUO/LES

**U.S. Department of Justice**

Federal Bureau of Investigation

26 Federal Plaza
New York, New York 10278
Date: 9/7/2023

# Officer Safety



According to our information, YU CHAO has made threats to the Dragon Springs campus, located at 140 Galley Hill Rd, Cuddebackville, NY 12729. He was confirmed in the area on 9/1/2023, but has since returned to his home in North West Massachusetts, located at [redacted] Williamstown, MA 01267. In one of his most recent videos YU CHAO claimed he wanted to be on a "suicide squad" and had videos from 2020 demonstrating loading his guns. He is potentially armed and dangerous.

- YU CHAO; DOB: [redacted] 1972; Height 5'10"
- Dragon Springs: 140 Galley Hill Rd, Cuddebackville, NY 12729
- Home Address: [redacted] Williamstown, MA 01267
- Black Subaru Forester, MA plate # [redacted]

**There are currently no warrants for YU CHAO. Do not search, detain, or arrest based solely on this information.**

For further information contact [redacted]

U//FOUO/LES